

# THE THIRTEENTH COURT OF APPEALS

13-16-00336-CV

KENNETH HAHN

v.

WILLIAM PAUL GIPS, LUCILLE FAY GIPS AND CONOCO PHILLIPS COMPANY

On Appeal from the
267th District Court of DeWitt County, Texas
Trial Cause No. 15-03-23,343

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered in part and reversed and remanded in part. The Court orders the judgment of the trial court REVERSED and RENDERED, in part, and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

October 26, 2017